IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 2:00-cv-2107 |
| ) | |
| **ROBERT D. GLIDDEN,** ) | |
| ) | |
| **Defendant.** ) | |

## SATISFACTION OF JUDGMENT

**AND NOW,** with the judgment in the above-captioned case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Western District of Pennsylvania is hereby authorized and empowered to satisfy and cancel said judgment of record.

          MARY BETH BUCHANAN
          United States Attorney

By:   s/Michael Colville
      MICHAEL C. COLVILLE
      Assistant U.S. Attorney
      U.S. Post Office and Courthouse
      700 Grant Street, Suite 4000
      Pittsburgh, PA 15219
      Phone No. (412) 894-7349
      Attorney I.D. No. 56668

      Counsel for Plaintiff
      United States of America

Dated:   11/08/2007